468 A.2d 830

Commonwealth v. O'Brien, Appellant.

Submitted September 23, 1983. Judith A. Calkin, for appellant; Katherene E. Holtzinger, Deputy District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

Order affirmed.

468 A.2d 831

Commonwealth v. Peoples, Appellant.

Submitted September 9, 1983. Lewis J. Bott, Assistant Public Defender, for appellant; Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, CAVANAUGH and HOFFMAN, JJ.

Judgment of sentence affirmed.